# United States Court of Appeals
## For the First Circuit

No. 22-1864

UNITED STATES OF AMERICA,

Appellee,

v.

HASSAN ABBAS,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on April 29, 2024, is amended as follows:

On page 6, line 20, delete the comma after "LLC".
On page 30, line 22, underline the "s" in "Mankarious".